UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NICOLE KRAUS**, **TIA JOSEPH, DENIKA PERRY, DEVON COLLINS, JAMAICA JOHNSON and LATOYA HUEY** individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>**CARDWORKS SERVICING, L.L.C.**, a Delaware limited liability company,<br><br>        Defendant. | Case No. 1:20-cv-03311-MKB |

### PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FINAL APPROVAL OF THE CLASS/COLLECTIVE ACTION SETTLEMENT PURSUANT TO 29 U.S.C. 216(b) AND FED. R. CIV. P. 23(e)

Plaintiffs, Nicole Kraus, Tia Joseph, Denika Perry, Devon Collins, Jamaica Johnson, and Latoya Huey ("Plaintiffs") hereby request that the Court (1) certify the settlement class; and (2) grant final approval of the parties' Joint Stipulation of Class Action Settlement (the "Agreement" or "Settlement"). As reflected in the previously filed "Unopposed Motion for Preliminary Approval of Class/Collective Action Settlement," *see* ECF Nos. 68 and 69, the Parties have agreed to settle this lawsuit on behalf of the putative class/collective members for $1,503,442.39. As discussed herein, approval of the Settlement is warranted under 29 U.S.C. 216(b) of the Fair Labor Standards Act and Fed. R. Civ. P. 23.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this motion and enter the accompanying proposed order.

Dated: February 8, 2023

/s *Matthew L. Turner*
Matthew L. Turner (admitted *pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Phone: (248) 355-0300
mturner@sommerspc.com

Charles R. Ash (P73877) (admitted *pro hac vice*)
402 W. Liberty St.
Ann Arbor, MI 48178
Phone: (734) 234-5583
Email: cash@nationalwagelaw.com

Nicholas Conlon (NY Bar ID# 801616)
BROWN LLC
111 Town Square, Suite 400
Jersey City, NJ 07310
Phone: (877) 561-0000
nicholasconlon@jtblawgroup.com

*Attorney for Plaintiffs and the putative Class/Collective members*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, thereby serving all counsel of record.

/s *Matthew L. Turner*
Matthew L. Turner
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Phone: (248) 355-0300
mturner@sommerspc.com